IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT HODES <br> 1410 AINTREE DRIVE <br> ROCKVILLE, MD 20850, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF TREASURY <br> 1500 PENNSYLVANIA, AVE., N.W. <br> WASHINGTON, D.C. 20220 <br><br> Defendant. | Civil Action No. |

# EXHIBIT A

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEM OFFEROR TO COMPLETE BLOCKS 12, 24, & 30 | | 1. REQUISITION NUMBER | | PAGE 1 | OF 18 | |
|---|---|---|---|---|---|---|
| 2. CONTRACT NO. GS-23F-0217K | 3. AWARD/ EFFECTIVE DATE 03/12/2012 | 4. ORDER NUMBER TFMS-HQ-12-K-0020 | 5. SOLICITATION NUMBER | | 6. SOLICITATION ISSUE DATE | |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME FREDERICK STEWARD | | b. TELEPHONE NUMBER (No collect calls) | | 8. OFFER DUE DATE/LOCAL TIME | |

**9. ISSUED BY** CODE `FMS-AMD-FSTEW`

Financial Management Service
Acquisition Management Division
401 14th Street, SW
Attn: Frederick Steward
Washington DC 20227

**10. THIS ACQUISITION IS**
[X] UNRESTRICTED OR  [ ] SET ASIDE:  % FOR:
[ ] SMALL BUSINESS   [ ] EMERGING SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS   [ ] SOLE SOURCE
NAICS:
SIZE STANDARD:
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS   [ ] 8(A)

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | [ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION [ ] RFQ  [ ] IFB  [ ] RFP | |

**15. DELIVER TO** CODE

**16. ADMINISTERED BY** CODE `FMS`
Financial Management Service
401 14TH STREET, SW
WASHINGTON DC 20227

**17a. CONTRACTOR/OFFEROR** CODE `136936114`  FACILITY CODE

Pioneer Credit Recovery, Inc.
PO BOX 100
ARCADE NY 14009-0100

TELEPHONE NO.
[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE `ARC/ASD/FMS`
ARC/ASD/FMS
ARC/ASD/APB, AVERY 3F
PO BOX 1328
ACCOUNTSPAYABLE@BPD.TREAS.GOV
PARKERSBURG WV 26106-1328

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Credit Card Vendor: JENNIFER PLANT  Period of Performance: 03/12/2012 to 03/11/2017  Debt Collection Services Base Year  The contractor shall provide debt collection services IAW statement of work, terms and conditions, GSA Financial And Business Solutions (FABS) Schedule No: 520 Special item No: 520-4 Debt Collection  Debt Collection Services shall be provided for a | | | | 0.00 |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA See schedule | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $0.00 |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED.
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED.

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[X] 29. AWARD OF CONTRACT REF. _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) *Frederick Steward* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (Type or print) | 31b. NAME OF CONTRACTING OFFICER (Type or print) FREDERICK STEWARD |
| 30c. DATE SIGNED | 31c. DATE SIGNED 1/20/2012 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

the Contractor's ACIB$ (Net Collections / ACIB$ = NBR%). There are two types of NBR%, as follows: NBR% 1 is the percentage of Net Collections for debts more than 24 months delinquent in relation to the Contractor's ACIB$, and NBR% 2 is the percentage of Net Collections for debts 24 months delinquent or less in relation to the Contractor's ACIB$. For purposes of the NBR% calculation, Net Collections does not include amounts collected on Outlier Debts.

15. NET COLLECTIONS are the amounts collected by the Contractor under this Task Order, less the Commission Fees, Monetary Bonus Fees, and fees paid to FMS.

16. NET COLLECTIONS (NC) MONETARY BONUS. See "Monetary Bonus."

17. NET COLLECTIONS (NC) MONETARY BONUS POOL. See "Monetary Bonus Pool."

18. ORIGINATING AGENCY is the Federal agency that referred a debt to FMS for debt collection services.

19. OUTLIER DEBT is a consumer debt with a principal balance greater than $50,000 or a commercial debt with a principal balance greater than $500,000. For purposes of this definition, the "principal balance" is the principal balance at the time a debt is referred to the Contractor by FMS.

20. PERFORMANCE PERIOD is a period of time, normally three months, after which FMS evaluates the Contractor's performance.

21. PRIVATE COLLECTION AGENCY (PCA) or CONTRACTOR is the private collection firm providing debt collection services under this Task Order. The terms "private collection agency," "PCA" and "Contractor" may be used interchangeably.

## PART II – PRICING

### A. PRICING SCHEDULE

FMS will pay Commission Fees to the Contractor. The Commission Fees will be based on the age of the debt on the date the account is transferred to the Contractor and the Net Collections collected under the Task Order. The final Commission Fees will be negotiated. One Commission Fee will be paid for debts that are delinquent 24 months or less and one will be paid for debts that are delinquent more than 24 months. All awarded task orders will have the same two Commission Fees. The Fees shall apply to the base period and the option year periods.

The pricing provisions contained in these General Terms and Conditions shall control over any conflicting provisions contained in the base GSA schedule contract, or attachments thereto.

FMS will pay Commission Fees directly to the Contractor. Monetary Bonus Fees will be paid in accordance with the provisions of Part III B., Performance Bonuses. Except as set forth below, FMS will calculate Commission Fees and Monetary Bonus Fees (collectively referred to as "Fees") on any payment received on an account by the Government, beginning the day after the date the account is transferred to the Contractor and up to the date the account is closed or returned to the Government. For purposes of calculating the Commission Fees, the age of the debt will not be recalculated after the account is transferred to the Contractor.

When FMS refers a debt to the Contractor for collection, the debt amount will generally include the following debt components: principal, interest, penalties, administrative costs, potential fees due to FMS, potential Commission Fees, and potential Monetary Bonus Fees. Potential fees may not always be added to the debt amount to be collected from the debtor.

When the Contractor collects less than the total amount of the debt referred, the Fees are calculated based on Net Collections and applied to accounts. When the debt is collected in installments, the Fees will be based on the Net Collections and applied to accounts for each installment payment.

The Contractor shall not be paid a Fee for the following:

  a) Dollars received by the Government on the same day the Government transferred the account to the Contractor.

  b) Unidentified payments, i.e., payments that cannot be matched and posted to a debtor's account;

  c) Dollars collected in excess of a debtor's balance, resulting in overpayment by the debtor;

  d) Dollars received by the Government through administrative, tax refund, salary, or other type of offset;

  e) The amount of the Fees and fees due to FMS added to or included in the debt by the Government, as described above; and

  f) Balance adjustments made, or other administrative actions taken, by the Government that result in a decrease of the debt balance.

Fee data is considered public information and may be posted or distributed as such.

### B. COMMISSION ADJUSTMENTS

The Contractor is generally authorized to compromise debts and enter into repayment agreements within certain thresholds provided by the Government for each account and in accordance with applicable laws, regulations, and policies (for example, the Federal Claims Collection Standards). The Government retains the right to deduct from any of the Contractor's Fees (Commission Fees and/or Monetary Bonus Fees) due under this Task Order an amount equal to the amount of loss to the Government and the Commission Fees paid on any commitment, compromise, or repayment

| Document No. TFMS-HQ-12-K-0020 | Document Title<br>Debt Collection Services | 8 of 18 |
|---|---|---|

agreement made by the Contractor inconsistent with the standards or thresholds provided to the Contractor or applicable laws, regulations, and policies. In the event that the Contractor fails to properly document the justification for accepting a repayment agreement or payment for less than the full balance due on a debt, as required in Section C.4.3.5.2 of the SOW, the Government may, at its option, presume that a compromise settlement or repayment agreement is inconsistent with the applicable requirements.

The amount of loss to the Government shall be based upon the difference between the Net Collections that the Government determines should have been collected by the Contractor and the Net Collections actually received by the Government.

> Example 1: A debtor's total debt balance is $13,125. The Contractor is authorized to compromise the debt, without approval from FMS, for up to 20% of the debt balance. Therefore, the Contractor is authorized to accept $10,500 or more from the debtor. However, the Contractor compromises the debt without approval for $8,000, which is less than the Contractor's approval authority, and receives a Fee of $2,000 (25%). The Net Collections to the Government is $6,000 ($8,000 minus $2,000). Since the Contractor should not have accepted a compromise agreement of less than $10,500, which would have resulted in Net Collections to the Government of $7,875 ($10,500 minus $2,625), the amount of loss to the Government is $1,875 ($7,875 minus $6,000). The Commission Fee received by the Contractor in the amount of $2,000 will be recouped. Therefore, the Government would deduct $3,875 from the Contractor's next invoice.

> Example 2: A debtor's total debt balance is $50,000. The Contractor is authorized to compromise the debt, without approval from FMS, for up to 50% of the debt balance. Therefore, the Contractor is authorized to accept $25,000 or more from the debtor. The Contractor compromises the debt for $30,000 based on the debtor's financial inability to pay and receives a Fee of $7,500. The Net Collections to the Government is $22,500 ($30,000 minus $7,500). The Government learns that the Contractor failed to obtain any documentation to support its conclusion that the debtor was unable to pay the full amount of the debt and may presume that the debtor had sufficient financial resources to make such payment. Therefore, the Government concludes that the Contractor should have collected $50,000 from the debtor, which would have resulted in Net Collections to the Government of $37,500 ($50,000 minus $12,500 Fee). The amount of loss to the Government is $15,000 ($37,500 minus $22,500). The Commission Fee received by the Contractor in the amount of $7,500 will be recouped. Therefore, the Government would deduct $22,500 from the Contractor's next invoice.